In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00079-CR

                                                ______________________________

 

 

                                   LARRY SHAWN MYERS,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the Sixth
Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 23413

 

                                                          
                                        

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Larry Shawn
Myers has filed a pro se notice of appeal from his conviction for indecency
with a child by contact.  On our review
of the clerk’s record, we noted that the trial court’s certification of right
of appeal stated that this was a plea agreement case and that Myers has no
right of appeal.  

            Unless a
certification, showing that a defendant has the right of appeal, is in the
record, we must dismiss the appeal. 
See Tex. R. App. P.
25.2(d).  

            Because the
trial court’s certification affirmatively shows Myers has no right of appeal,
and because the record before us does not reflect that the certification is
incorrect, see Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim.
App. 2005), we must dismiss the appeal.

            We
dismiss the appeal for want of jurisdiction. 


 

 

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          May
5, 2010

Date Decided:             May
6, 2010

 

Do Not Publish